# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| JIMMIE LOU SOTO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 3:15-cv-01541-KOB-HGD |
| | ) |
| ANGELA HOLIDAY, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER

The magistrate judge entered a report and recommendation on April 29, 2016, recommending that the court dismiss without prejudice the plaintiff's claims against Tuscumbia City Jail and Colbert County Jail pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 10). The magistrate judge further recommended the court refer back to the magistrate judge for further proceedings plaintiff's Fourth Amendment unreasonable search and seizure claim against Jailer Angela Holiday. No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court ORDERS that the

plaintiff's claims against Tuscumbia City Jail and Colbert County Jail are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  The court further ORDERS that the Fourth Amendment unreasonable search and seizure claim against Jailer Angela Holiday is REFERRED to the magistrate judge for further proceedings.

DONE and ORDERED this 3rd day of June, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE